IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | § | |
| | § | |
| Defendant Below- | § | No. 407, 2017 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 0009015005 (S) |
| Plaintiff Below- | § | |
| Appellee. | § | |

# **O R D E R**

This 26th day of October 2017, it appears to the Court that the appellant's motion to proceed *in forma pauperis* in this appeal was denied by Order dated October 5, 2017. The appellant was instructed to pay the required fees by October 20, 2017 or else his appeal would be dismissed without further notice. The appellant has failed to pay the required fees. Dismissal, therefore, is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice